

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA, | ) Case No.: 3:11-CR-05825-GT |
|---|---|
| Plaintiff, | ) **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING WITH PSR** |
| vs. | ) |
| ROBERTO GARCIA-RUIZ, | ) |
| Defendant. | ) |

Pursuant to a joint motion filed by Defendant and good cause appearing, the Sentencing Hearing with PSR scheduled for April 26, 2012 at 9:30 am is vacated and rescheduled to May 29, 2012 at 9:30 am.

IT IS SO ORDERED.

DATED: March 9, 2012

Honorable Gordon Thompson Jr.
United States District Court Judge